UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Hendricks Blondheim                                    Civil 05-2930 JNE/FLN

    Plaintiff,

v.                                                                              O R D E R

Olmstead County Adult Detention
Center, Dr. Jane Doe, and MN DOC, et al.,

    Defendants.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 3, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to file *in forma pauperis* [#2] is DENIED;

2. This action is dismissed pursuant to 28 U.S.C. Section 1915A(b)(1);

3. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely the full $250, in accordance with 28 U.S.C. Section 1915(b)(2); and

4. The dismissal of this action is counted as a "strike" against Plaintiff for purposes of 28 U.S.C. Section 1915(g).


DATED: January 31, 2006.          s/ Joan N. Ericksen
at Minneapolis, Minnesota            JUDGE JOAN N. ERICKSEN
                                     United States District Court